# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wells, Thomas B. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>04/29/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>400 Second Street, N.W.<br>Washington, D.C. 20217 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Urban Properties, a GA Gen. Partnership to own and rent real estate 12/78 to Present (essentially |
| 2. | | a real estate investment, see Part VII, Item 6, Line 6). |
| 3. | Member/Manager | MKWM Properties, LLC, a NC limited liability company to own and rent real estate 7/2/13 to present |
| 4. | | (essentially a real estate investment, see Part VII, Item 57, Line 110.) |
| 5. | Member/Manager | DGW Holdings, LLC, a VA company to own and rent real estate 5/14/20 to present (essentially a real estate investment, see Part VII, Item 96) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 04/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Schwab | Loan | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CSX, Com. | B | Dividend | M | T | | | | | |
| 2. Coca Cola, Com. | E | Dividend | P1 | T | | | | | |
| 3. Exxon, Mobil, Com. | B | Dividend | L | T | | | | | |
| 4. IBM, Com. | A | Dividend | L | T | | | | | |
| 5. Johnson & Johnson, Com. (acct. #1) | D | Dividend | M | T | | | | | |
| 6. Urban Properties, GA Gen P'ship (H) | E | Distribution | O | W | | | | | |
| -Real Estate in Atlanta, GA | | | | | | | | | |
| 7. C.D., Vidalia Federal Savings Bank | D | Interest | M | T | | | | | |
| 8. Cash Mgt. Acct. Merrill Lynch Bank USA. | A | Dividend | J | T | | | | | |
| 9. Merrill Lynch Retirement Reserves CL1 Fund (IRA). | B | Distribution | L | T | | | | | |
| 10. Allstate, Com. | A | Dividend | K | T | | | | | |
| 11. Mineral interest, Midland County, TX (Apache) | F | Royalty | L | W | | | | | |
| 12. Mineral interest, Andrews County, TX (BOPCO) | B | Royalty | K | W | | | | | |
| 13. Mineral interest, Rio Arriba County, TX (CONOCO) | E | Royalty | K | W | | | | | |
| 14. Mineral interest, Creek County, OK (Cornellius) | A | Royalty | J | W | | | | | |
| 15. Mineral interest, Midland County, TX (COG) | A | Royalty | J | W | | | | | |
| 16. Mineral interest, Midland and Glasscock Counties, TX(Endeavor) | B | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. Mineral interest, Midland County, TX (Enterprise) | B | Royalty | J | W | | | | | |
| 18. Minteral interest, Rio Arriba County, TX (Harrington SW) | A | Royalty | J | W | | | | | |
| 19. Mineral interest, McClain County, OK (Jolen) | A | Royalty | J | W | | | | | |
| 20. Mineral interest, Andrews and Midland Counties, TX (Legacy) | E | Royalty | K | W | | | | | |
| 21. Mineral interest, Marion County, TX (LODI) | A | Royalty | J | W | | | | | |
| 22. Mineral interest, McClain County, OK (ONEOK) | A | Royalty | J | W | | | | | |
| 23. Mineral interest, Upton, Midland, Glasscock Co.s, TX(Pioneer) | E | Royalty | J | W | | | | | |
| 24. Mineral interest, Midland County, TX (Plains Mktg.) | D | Royalty | J | W | | | | | |
| 25. Mineral interest, Midland County, TX (SM Energy) | A | Royalty | J | W | | | | | |
| 26. Mineral interest, Okmulgee and Montague Counties, TX (Sunoco) | A | Royalty | J | W | | | | | |
| 27. Mineral interest, Escambia County, AL (Texas Petrol.) | A | Royalty | J | W | | | | | |
| 28. Mineral interest, Andrews County, TX (Vanguard) | B | Royalty | J | W | | | | | |
| 29. Mineral interest, Midland County, TX (Chevron) | D | Royalty | J | W | | | | | |
| 30. Mineral interest, Yoakum County, TX (Steward Energy) | C | Royalty | J | W | | | | | |
| 31. Morgan Stanley, Com. | A | Dividend | J | T | | | | | |
| 32. B.P. PLC, ADR | D | Dividend | L | T | | | | | |
| 33. Dominion Resources, Com. | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. SunTrust Bank, Account | B | Interest | M | T | | | | | |
| 35. Abbott Lab., Com. | A | Dividend | J | T | | | | | |
| 36. Amgen, Com. | A | Dividend | J | T | | | | | |
| 37. Campbell Soup, Com. | A | Dividend | J | T | | | | | |
| 38. Cisco Systems, Com. | A | Dividend | J | T | | | | | |
| 39. G.E., Com. | A | Dividend | J | T | | | | | |
| 40. Home Depot, Com. | A | Dividend | K | T | | | | | |
| 41. Intel, Com. | A | Dividend | J | T | | | | | |
| 42. American Funds, Investment Co. of America Fund | A | Dividend | J | T | | | | | |
| 43. Merck, Com. | A | Dividend | J | T | | | | | |
| 44. Microsoft, Com. | A | Dividend | J | T | | | | | |
| 45. Pepsi Co., Com. | A | Dividend | J | T | | | | | |
| 46. Southern Co., Com. | A | Dividend | J | T | | | | | |
| 47. Disney, Com. | A | Dividend | J | T | | | | | |
| 48. Wells Fargo, Com. | A | Dividend | J | T | | | | | |
| 49. Gum Swamp Creek, LLC, (units in GA limited liabilty company) (H) | | | | | | | | | |
| -AT&T CORP, com. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -AMER. ELEC. PWR., com. | A | Dividend | J | T | | | | | |
| 53. -B.P. PLC, ADR. | E | Dividend | N | T | | | | | |
| 54. -CONOCO PHILLIPS, com. | A | Dividend | K | T | | | | | |
| 55. -CITIGROUP INC, com. | A | Dividend | J | T | | | | | |
| 56. -COCA COLA, com. | F | Dividend | P1 | T | | | | | |
| 57. -COMCAST CORP. New CL A, com. | A | Dividend | K | T | | | | | |
| 58. -DAIMLER A., com. | A | Dividend | J | T | | | | | |
| 59. -DEVON ENERGY, com. | A | Dividend | J | T | | | | | |
| 60. -EXXON MOBIL CORP, com. | B | Dividend | K | T | | | | | |
| 61. -FORD MOTOR CO., com. | A | Dividend | J | T | | | | | |
| 62. -GENERAL ELECTRIC, com. | A | Dividend | K | T | | | | | |
| 63. -HOME DEPOT, com. | F | Dividend | P1 | T | | | | | |
| 64. -INTL PAPER CO, com. | D | Dividend | N | T | | | | | |
| 65. - MARATHON OIL CORP, com. | A | Dividend | J | T | | | | | |
| 66. -MATTEL INC, com. | A | Dividend | J | T | | | | | |
| 67. -NCR CORP, com. | A | Dividend | J | T | | | | | |
| 68. -NEWMONT MINING, com. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -NORFOLK SO., com. | E | Dividend | P1 | T | | | | | |
| 70.  -NORTHROP GRUMMAN, com. | A | Dividend | K | T | | | | | |
| 71.  -SOUTHERN CO, com. | A | Dividend | J | T | | | | | |
| 72.  -TENNECO AUTO, com. | A | Dividend | J | T | | | | | |
| 73.  -TERADATA, com. | A | Dividend | J | T | | | | | |
| 74.  -UNITED STS STL, com. | A | Dividend | J | T | | | | | |
| 75.  -V F CORP, com. | E | Dividend | O | T | | | | | |
| 76.  -WCMA Money Fund CL3 | A | Interest | L | T | | | | | |
| 77.  -Vidalia Federal Savings Bank, C.D. | A | Interest | J | T | | | | | |
| 78.  -Vidalia Federal Savings Bank, Checking | A | Interest | L | T | | | | | |
| 79.  -Real estate, Toombs Co., GA | F | Distribution | P1 | W | | | | | |
| 80.  -Real estate, Dodge Co., GA | G | Distribution | P1 | W | | | | | |
| 81.  -Real estate, Vidalia, GA | A | Distribution | M | W | | | | | |
| 82.  -Real estate, Telfair Co., GA | G | Distribution | O | W | | | | | |
| 83.  -Real estate, Wheeler Co., GA, parcel #1 | D | Distribution | P1 | W | | | | | |
| 84.  -Real estate, Wheeler Co., GA, parcel #2 | D | Distribution | O | W | | | | | |
| 85.  -Berkshire Hathaway, B com. | A | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Century Link, com. | A | Dividend | J | T | | | | | |
| 87.  -Huntington Ingls., com. | A | Dividend | J | T | | | | | |
| 88.  -Marathon Petrol., com. | A | Dividend | J | T | | | | | |
| 89.  -Ingredion, com. | B | Dividend | K | T | | | | | |
| 90.  -Kinder Morgan, com. | A | Dividend | J | T | | | | | |
| 91.  -Energy Transfer Partners, com. | A | Dividend | J | T | | | | | |
| 92.  -Suncoke, com. | A | Dividend | J | T | | | | | |
| 93.  -Phillips 66, com. | B | Dividend | K | T | | | | | |
| 94.  -Twenty First Cent., com. | A | Dividend | J | T | | | | | |
| 95.  -Veritiv, com. | A | Dividend | J | T | | | | | |
| 96.  - WABTEC, com. | A | Dividend | J | T | | | | | |
| 97.  - KONTOOR, KTB, com. | A | Dividend | J | T | | | | | |
| 98.  - Dominion Energy | A | Dividend | J | T | | | | | |
| 99.  50. Acco Brands, com. | A | Dividend | J | T | | | | | |
| 100. 51. Real Estate, Charlottesville, VA | E | Rent | N | W | | | | | |
| 101. 52. Delta Airlines, Com. | A | Dividend | K | T | | | | | |
| 102. 53. Discover Fin. Serv., Com. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | 54. Tall Timber Ventures, LLC (units in Georgia limited liability | | | | | | | | | |
| 104. | company) (H) | | | | | | | | | |
| 105. | -Gum Swamp Creek, LLC | G | Distribution | P2 | W | | | | | |
| 106. | -Vidalia Federal Savings Bank C.D. | A | Interest | J | T | | | | | |
| 107. | 55. Fortune Brands Home Sec., com. | A | Dividend | K | T | | | | | |
| 108. | 56. Abbvie, com. | A | Dividend | J | T | | | | | |
| 109. | 57. MKWM Properties, LLC, units in NC limited liability Co. (H) | | | | | | | | | |
| 110. | -Real estate, Charlottesville, VA | A | Rent | O | W | | | | | |
| 111. | -SunTrust checking account | A | Interest | K | T | | | | | |
| 112. | 58. Real estate, Charllotsville, VA #2 | E | Rent | O | W | | | | | |
| 113. | 59. Caleres, com | A | Dividend | J | T | | | | | |
| 114. | 60. WalMart, com. | A | Dividend | K | T | | | | | |
| 115. | 61. Anheuser-Busch, com. | A | Dividend | K | T | | | | | |
| 116. | 62. Johnson & Johnson, com. (acct. #2) | A | Dividend | K | T | | | | | |
| 117. | 63. Microsoft,com (acct. #2) | A | Dividend | K | T | | | | | |
| 118. | 64. Nestle, com. | A | Dividend | K | T | | | | | |
| 119. | 65. Proctor & Gamble, com. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. 66. Charles Schwab Corp., com. | A | Dividend | K | T | | | | | |
| 121. 67. WalMart, com. (acct. #2) | A | Dividend | K | T | | | | | |
| 122. 68. Money Market Fund, Charles Schwab Corp. | A | Interest | L | T | | | | | |
| 123. 69. Barnes & Noble,com. | A | Dividend | J | T | | | | | |
| 124. 70. Antero, com. | A | Dividend | J | T | | | | | |
| 125. 71. Liberty Global, com. | A | Dividend | J | T | | | | | |
| 126. 72. Unilever, com. | A | Dividend | J | T | | | | | |
| 127. 73. O'Reilly, com. | A | Dividend | J | T | | | | | |
| 128. 74. Alphabet, com | A | Dividend | K | T | | | | | |
| 129. 75. Apple, com | A | Dividend | J | T | | | | | |
| 130. 76. Axalta Coatings, com | A | Dividend | J | T | | | | | |
| 131. 77. Brookfield Assist Mgt., com | A | Dividend | J | T | | | | | |
| 132. 78. J.D., com | A | Dividend | J | T | | | | | |
| 133. 79. KKR, com | A | Dividend | J | T | | | | | |
| 134. 80. Liberty Broadband, com | A | Dividend | J | T | | | | | |
| 135. 81. Liberty Media Ser.C., com | A | Dividend | J | T | | | | | |
| 136. 82. Markel, com | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. 83. Nielson Holdings, com | A | Dividend | J | T | | | | | |
| 138. 84. Pioneer Nat Gas, com | A | Dividend | J | T | | | | | |
| 139. 85. RoperTech., com | A | Dividend | J | T | | | | | |
| 140. 86.Stone Co., CL. A, com | A | Dividend | J | T | | | | | |
| 141. 87. TEVA, com | A | Dividend | J | T | | | | | |
| 142. 88. SNOXX, Money Mkt Fund | B | Dividend | | | Sold | 03/09/20 | M | | |
| 143. 89. Amazon, com. | A | Dividend | K | T | | | | | |
| 144. 90. AppFolio, com. | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 146. 91. AppFolio, com. (acct. #2) | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 147. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 148. 92. Brookfield Asset Mgt., com. | A | Dividend | J | T | Buy | 12/31/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 150. 93. Brookfield Asset Mgt., com. (acct #2) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 151. 94. Mastercard, com. | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 152. 95. Booking Holdings, com. | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 153. 96. DGW Holdings, LLC (units in VA limited liability company) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Real Estate, Charlottesville, VA. | E | Rent | O | W | Buy | 06/01/20 | O | | James P. Cox, III et al |
| 155.  97. Suntrust Checking Account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wells, Thomas B.** | 04/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544